UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| PENNY L. CHRISP, ) | |
| ) | |
| vs. ) | Case No. 07-0654-CV-W-RED-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration ) | |
| ) | |

\_\_  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings in this case. Accordingly, it is hereby

ORDERED that the decision of the Administrative Law Judge in denying supplemental security income benefits is **AFFIRMED**.

**IT IS SO ORDERED.**

August 6, 2008                         P. L. Brune
Date                                   Clerk


Entered on: August 7, 2008             s/ Karen Siegert
                                       (By) Deputy Clerk